UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEVARIEN ZYMELL DUNLAP,

       Plaintiff,

   v.

ROSS STORES,

       Defendant.

Case No.  25-cv-08214-HSG

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION FOR DISMISSAL**

Re: Dkt. No. 11, 7

United States District Court
Northern District of California

The Court has reviewed Magistrate Judge Cisneros' Order to Show Cause, Dkt. No. 7, and Report and Recommendation for Dismissal, Dkt. No. 11.  Pro se Plaintiff Jevarien Zymell Dunlap did not respond to the Order to Show Cause, and the time for objections to the Report has passed and none were filed.  At least some of the mail sent to Plaintiff was returned as undeliverable in February 2026, including the Order to Show Cause.  *See* Dkt. Nos. 9, 10.  It is therefore not clear if Plaintiff ever received the Order to Show Cause or the Report and Recommendation.  Nevertheless, Plaintiff has an obligation to maintain his address on file with the Court.  *See* Civil L.R. 3-11(a).  He evidently has not done so, and this alone is a basis to dismiss the complaint.  *See* Civil L.R. 3-11(b).  The Court additionally finds the analysis in the Order to Show Cause and Report and Recommendation well-reasoned and thorough, and adopts it in every respect.

//

//

//

//

//

//

//

Accordingly, **IT IS HEREBY ORDERED** that this case is **DISMISSED** without leave to amend, but without prejudice to any claim that Plaintiff may file in a court of competent jurisdiction. The Clerk is directed to enter judgment in favor of Defendant and against Plaintiff, and to close the case.

**IT IS SO ORDERED.**

Dated: June 17, 2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California