United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEVARIEN ZYMELL DUNLAP,

        Plaintiff,

        v.

ROSS STORES,

        Defendant.

Case No.  25-cv-08214-HSG

**JUDGMENT**

Judgment is hereby entered consistent with the Court's Order Adopting Magistrate Juddge's Report and Recommendation for Dismissal,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 17th day of June, 2026.

Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.